[No. 7278–9–III.   Division Three.   September 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CHUCK P. BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 3296, Gordon Swyter, J., entered July 1, 1985. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ. Now published at 45 Wn. App. 824.

[No. 7375–7–II.   Division Two.   October 1, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL W. SANCHEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–1–02138–7, E. Albert Morrison, J., entered November 4, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.

[No. 7778–7–II.   Division Two.   October 1, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL W. HEARD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–1–01184–3, Thomas A. Swayze, Jr., J., entered April 24, 1984. *Dismissed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.